IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-03235-M

| | |
|---|---|
| MATTHEW A. SAFRIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DREW STANLEY, ) | |
| ) | |
| Defendant. ) | |

This cause is before the court on plaintiff's motion to strike. See Mot. [D.E. 34] (seeking to strike a prior motion to amend in this case and to withdraw a different action before the court).

Plaintiff's motion to amend was adjudicated in this action, see Order [D.E. 33], and the other action to which plaintiff refers has been dismissed without prejudice, see Order [D.E. 5], Safrit v. Stanley, 5:22-CT-03406-D (E.D.N.C. Dec. 16, 2022).

Accordingly, the court DENIES AS MOOT plaintiff's instant motion to strike [D.E. 34].

SO ORDERED this 4th day of April, 2023.

RICHARD E. MYERS II
Chief United States District Judge