FILED: February 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6902
(5:21-ct-03235-M)

_____

MATTHEW A. SAFRIT

  Plaintiff - Appellant

v.

DREW STANLEY

  Defendant - Appellee

_____

O R D E R

_____

By order dated August 26, 2022, this Court granted appellant leave to proceed on appeal without the full prepayment of fees under the terms required by the Prison Litigation Reform Act (PLRA). This Court's order required periodic withdrawal of payments by appellant's custodian from appellant's inmate trust account. The Court's records indicate that no payments have been made toward appellant's filing fees.

Upon consideration of appellant's motion for costs, which the Court construes as a motion to terminate payments under the PLRA, the Court grants the

motion and directs that no further installments be withdrawn from appellant's inmate trust account for this case.

A copy of this order shall be sent to the clerk of the district court and to appellant's custodian at the Mountain View Correctional Facility in Spruce Pine, North Carolina.

                          For the Court--By Direction

                          /s/ Nwamaka Anowi, Clerk